IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| PAUL SCARBROUGH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:01-CV-198 |
| | ) | PHILLIPS |
| MORGAN COUNTY BOARD OF | ) | |
| EDUCATION, PERRY SPURLING, | ) | |
| individually, RANDY HARLAN, | ) | |
| individually, DEBORAH LIVELY, | ) | |
| individually, and CAROLYN HUTSON | ) | |
| STRAND, as Representative of the | ) | |
| Estate of Conrad Strand, deceased | ) | |
| | ) | |
| Defendants. | ) | |

## AGREED ORDER OF DISMISSALWITH PREJUDICE

Come the parties, as evidenced by signature of their respective counsel below, and announce to the Court that all claims in this case may be dismissed with prejudice, each party to bear their own costs and attorney's fees. Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Complaint is hereby dismissed with prejudice, each party to bear their own costs and attorney's fees.

ENTERED this the 5th day of March, 2008.

_____
HONORABLE THOMAS W. PHILLIPS
UNITED STATED DISTRICT JUDGE

APPROVED FOR ENTRY

PAUL SCARBROUGH

By:     /s/Peter Alliman
        Peter Alliman
        White, Carson & Alliman
        135 College Street
        Madisonville, TN 37354
        (423) 442-9000


PAUL SCARBROUGH

By:     /s/Benjamin S. Pressnell
        Benjamin S. Pressnell
        Pressnell & Harrell
        P.O. Box 172
        Tazewell, TN 37870
        (423) 626-4227


MORGAN COUNTY BOARD OF
EDUCATION, ET AL.

BY:     /s/John C. Duffy
        JOHN C. DUFFY, BPR#010424
        P.O. Box 11007
        Knoxville, TN  37939-1007
        (865) 766-0904